## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| TRIBUNE MEDIA COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Reorganized Debtors. | : | |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : | Adv. Proc. No. 10-53963 (KJC) |
| | : | |
| MARC S. KIRSCHNER, Litigation Trustee | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| JP MORGAN CHASE BANK, N.A., individually and as administrative agent, *et al.* Defendants. | : | |

### ORDER TO SHOW CAUSE WHY THIS ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED AS TO ALL DEFENDANTS

AND NOW, this 20th day of July, 2018, it appearing that there has been no action to prosecute this adversary proceeding for more than two years,

AND it appearing that at a status hearing on July 10, 2018, the court having been advised that the Litigation Trustee does not oppose dismissal of this adversary proceeding against all defendants,

**IT IS HEREBY ORDERED** that:

1. Any answer, objection, or other responsive pleading opposing dismissal of the adversary proceeding to all defendants must be filed on or before **AUGUST 17, 2018 at 5:00 p.m. (EST)** with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801;

2. A hearing will be held on **August 30, 2018 at 11:00 a.m. (ET)** in Courtroom No. 5, United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Wilmington, DE 19801 to consider any answer, objection, or other responsive pleading opposing dismissal of the adversary proceeding; and

3. In the absence of any answer, objection, or other responsive pleading opposing dismissal of the adversary proceeding, the Court intends to enter an Order dismissing this adversary proceeding, without further notice or hearing, and closing the case.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: J. Kate Stickles, Esquire[1]

---

[1] Counsel shall serve a copy of this Show Cause Order upon all interested parties and file a Certificate of Service with the Court.