IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| TRIBUNE MEDIA COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Reorganized Debtors. | : | |
| | : | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : | Adv. Proc. No. 10-53963 (KJC) |
| | : | (Re: D.I. 1533) |
| MARC S. KIRSCHNER, Litigation Trustee | : | |
| Plaintiffs, | : | |
| v. | : | |
| JP MORGAN CHASE BANK, N.A., individually and as administrative agent, *et al.* | : | |
| Defendants. | : | |

### ORDER DISMISSING ADVERSARY PROCEEDING AS TO ALL DEFENDANTS

AND NOW, this 27th day of August, 2018, it appearing that no answer, objection or other responsive pleading has been filed in response to the Order To Show Cause Why This Adversary Proceeding Should Not Be Dismissed As To All Defendants (D.I. 1533), it is hereby **ORDERED** that:

1. this Adversary Proceeding is hereby **DISMISSED** in its entirety as to all Defendants; and

2. the Clerk of the Court shall mark this case as **CLOSED.**

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE